Following TAYMAN discovery disclosures pursuant to Rule 16.

## PLAINTIFF REQUEST DISCOVERY PURSUANT TO RULE 16

Please disclose the following:

(I) The exact time and date the raid was to be executed pursuant to warrant.

(II) Policy of Philadelphia Police Department and or manual for PPD no knock or announce raids

(III) Policy of PPD and or manual for early morning raids of private rowhow dwellings.

(VI) Provide the personal files, conduct or complaints of each defendant

(V) Plaintiff reserves the right to make added disclosures after consultation with professional counsel.

Respectfully,
Khalif Sears

2 OF 2

PHILADELPHIA PA 190
27 DEC 2022  PM 10 L

U.S.M.S. X-RAY

James Williams
31734-037
FDC-Philadelphia
700 Arch St.
Philadelphia, PA 19106

Clerk of Court
United States District Court
601 Market Street
Philadelphia, PA 19106

RECEIVED
DEC 29 2022