**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KHALIF SEARS** : | |
|     Plaintiff, : | |
| : | |
| vs. : | **CIVIL ACTION NO. 22-1086** |
| : | |
| **POLICE OFFICER DEMETRIUS** : | |
| **MONK et al.,** : | |
|     Defendant. : | |

**ORDER FOR RULE 26(f) REPORT**

**AND NOW**, this 2nd day of May, 2024, it is hereby **ORDERED** that the Clerk of Court shall **REMOVE** this case from the Prisoner Civil Rights Panel because no attorney has volunteered to enter and appearance.[1]  It is further **ORDERED** that:

1. Plaintiff and Defendants shall make the required initial disclosures related to discovery pursuant to Fed. R. Civ. P. 26(a) within thirty (30) days of the date that this order is entered on the docket.

2. The Parties shall immediately commence discovery.

3. After consultation between *pro se* Plaintiff and Defense Counsel, Defense Counsel shall complete the required **Joint Report of Rule 26(f) Meeting** and file the same with the Clerk of Court within sixty (60) days of the date that this Order is entered on the docket.  Counsel shall incorporate all the information described in Judge Younge's form Report, which can be found at http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

The Clerk of Court is **DIRECTED** to **TRANSMIT** (by mail) copies of this Order to Plaintiff at the mailing address that he has identified on the docket for service of court papers.

                                            BY THE COURT:

                                               /s/ John M. Younge
                                            Judge John Milton Younge

---

[1] Plaintiff must represent himself *pro se* at this time if he seeks to proceed with this case unless he is able to retain an attorney who will enter an appearance on his behalf.