

CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

**RENEE GARCIA**
Philadelphia City Solicitor
Renee.garcia@phila.gov

**DEREK KANE**
Senior Attorney
Civil Rights Unit
215-683-5374
derek.kane@phila.gov

May 15, 2025

**FILED *VIA* ECF**
The Honorable John M. Younge
United States District Judge
Eastern District of Pennsylvania
15613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

   **RE:** **Khalif Sears v. Police Officer Cyprian Scott, et al., No. 22-1086**
      **Status Letter**

Dear Judge Younge:

Pursuant to this Honorable Court's September 13, 2024, order (ECF No. 37), Defendants provide this Court the following status report.

As provided in Defendants' prior letter to this Court, on January 17, 2025, Plaintiff pled guilty to ten counts of the superseding indictment "all arising from his participation in a RICO conspiracy from June 2017 through in or about May 2021[.]" (Government's Change of Plea Agreement, *USA v. Elliot, et al.*, No. 2:20-cr-00417-JS-3, ECF No. 236 at p. 2). Specifically, Plaintiff admits to facts related to his involvement in the March 13, 2020, murder of Sergeant James O'Connor, which is the basis for Plaintiff's lawsuit. (*Id*. at p. 17-19).

Plaintiff's sentencing was scheduled for April 30, 2025, before the Honorable Juan R. Sanchez. That sentencing was postponed and has been continued until July 31, 2025.

I appreciate the Court's time and consideration in this matter.

            Respectfully submitted,

            /s/ *Derek Kane*
            Derek Kane
            Senior Attorney

1

2

cc: Khalif Sears, *pro se*
 (*via* first class mail)
 (w/encl)