**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KHALIF SEARS, | : | |
| Plaintiff, | : | No. 22-cv-1086-JMY |
| | : | |
| vs. | : | |
| | : | |
| POLICE OFFICER CYPRIAN | : | |
| SCOTT, et al., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of April, 2026, upon consideration of the uncontested Motion to Stay (ECF No. 36) filed by Defendants, and the Order entered by the Court that granted Defendants' request for a stay of proceedings by agreement reached between the Parties in which the Parties were directed to file a joint status report every ninety days (Order, ECF No. 37), it is hereby **ORDERED** that the Parties shall file on the docket a joint status report in the form of a letter addressed to this Court to provide an update on the status of the ongoing parallel state court litigation within fourteen days of the date that this Order is entered on the docket and every ninety days thereafter.

The Parties shall submit a joint status report to this Court in the form of a letter upon resolution of the parallel state court litigation.

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge